```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 17325
  DARYL HULTEEN
  BRANDI HULTEEN                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
  SSN XXX-XX-5667      SSN XXX-XX-9521
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/03/04 and confirmed on 08/27/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 23321.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AFFILIATED FINANCIAL COR | SECURED VEHIC | 10200.00 | 1592.25 | 10200.00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 5300.00 | 580.13 | 5300.00 |
| BAXTER CREDIT UNION | UNSECURED | 923.54 | .00 | 142.06 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 700.35 | .00 | 107.73 |
| ROUNDUP FUNDING LLC | UNSECURED | 724.22 | .00 | 111.40 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | FILED LATE | .00 | .00 | .00 |
| OLIVER ADJUSTMENT | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PRODIGY COMMUNICATIONS C | UNSECURED | NOT FILED | .00 | .00 |
| RUSH NORTH SHORE MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 430.36 | .00 | 66.20 |
| AFFILIATED FINANCIAL COR | UNSECURED | 3812.53 | .00 | 586.43 |
| AMERICREDIT FINANCIAL | UNSECURED | 3002.47 | .00 | 461.83 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 766.93 | .00 | 117.97 |
| CERTIFIED SERVICES INC | UNSECURED | 353.26 | .00 | 54.34 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 15500.00 | .00 | 10713.66 | .00 | 26213.66 |
| PRINCIPAL PAID | 15500.00 | .00 | 1647.96 | .00 | 17147.96 |
| INTEREST PAID | 2172.38 | .00 | .00 | .00 | 2172.38 |

```
TOTAL PAID              17672.38          .00      1647.96         .00     19320.34
```
The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $   2700.00
and was paid $    225.00   direct and $   2475.00   through the plan.

The Trustee received $    990.86 .

Refunds to the Debtor totaled $    534.80 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE